**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:   ROBERT V REDDITT SR                                    CASE NO: 08-24592
         THERESA D REDDITT                                         CHAPTER 13

       DEBTORS(S)                                                    JUDGE: JACQUELINE P COX

NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   DEUTSCHE BANK NATIONAL TRUST

---

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0004 | 1300025435 ARRS | $ 6,804.07 | $ 7,204.07 | $ 7,204.07 |

Total Amount Paid the Trustee                                                                   $ 7,204.07

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit                              X  Direct by the Debtor(s)

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:08-24592

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 29th day of   November, 2012.

| Debtor(s) | Debtors Attorney |
|---|---|
| THERESA D REDDITT | |
| ROBERT V REDDITT SR | ZALUTSKY & PINSKI LTD |
| 13718 S ATLANTIC | 20 N CLARK ST # 600 |
| RIVERDALE IL 60827 | CHICAGO IL 606020000 |

| Addtional Creditors | Additional Creditors |
|---|---|
| AMERICAS SERVICING CO | AMERICAS SERVICING COMPANY |
| % AMERICAS SERVICING CO | % CODILLIS & ASSOCIATES |
| 3476 ST VIEW BLVD | 15W030 N FRONTAGE RD #100 |
| FORT MILL SC 29715 | WILLOWBROOK IL 60527 |

Addtional Creditors

DEUTSCHE BANK NATIONAL TRUST
% CODILIS & ASSOC
15W030 N FRONTAGE RD #100
BURR RIDGE IL 60527

Mortgage Arrearage Creditor

DEUTSCHE BANK NATIONAL TRUST
% AMERICAS SERVICING CO
1 HOME CAMPUS MAC# x2302 04C
DES MOINES IA 50328

Electronic Service US Trustee

| Date: November 29, 2012 | /s/ Tom Vaughn |
|---|---|
| | Tom Vaughn, Chapter 13 Trustee |
| | Chapter 13 Trustee |
| | 55 East Monroe Street, Suite 3850 |
| | Chicago, Ill   60603 |